1  ALAN A. DRESSLER, ESQ. (SBN #56916)
   400 Montgomery St., Suite 200
2  San Francisco, California 94104
   Tel.:   (415) 421-7980
3  Fax:    (415) 421-7021
   E-mail : alandressler@aol.com
4

5  Attorney for Defendant Xiu Jing Ye

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN FRANCISCO DIVISION
10

11 | UNITED STATES OF AMERICA,        )   No. CR 10-00565- 8 JSW
                                      )
12 |       Plaintiff,                 )
                                      )   [proposed] ORDER MODIFYING
13 |    v.                            )   CONDITIONS OF RELEASE TO ALLOW
                                      )   TRAVEL OUTSIDE OF THE NORTHERN
14 | XIU JING YE et al.               )   DISTRICT OF CALIFORNIA
                                      )
15 |       Defendants.                )
                                      )
16

17     For good cause shown and based upon the agreement of the parties and United States Pretrial

18 Services IT IS HEREBY ORDERED that the conditions of release of Xiu Jing Ye defendant are

19 modified as follows:

20     1. Defendant Xiu Jing Ye may leave the Northern District of California on June 15,

21 2012 and travel by automobile to Davis, California for the purpose of attending her daughter's

22 graduation from the University of California at Davis. She may then travel by automobile from

23 Davis, California to San Diego, California for the purpose of attending her son's graduation from

24 UC San Diego. Defendant Xiu Jing Ye shall return to the Northern District of California on or

25 before June 18, 2012.  Defendant Xiu Jing Ye shall also provide Pretrial Services with any and

26 all requested information concerning the logistics of her travel and she shall notify Pretrial

27 Services within 24 hours of her return to the Northern District of California.

28 ////

Order in CR 10-0565-8 JSW                         i

2. All other conditions of release shall remain the same.

**IT IS SO ORDERED.**

DATED: 6/8/12

THE HONORABLE MARIA-ELENA JAMES