| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | DEBORAH R. DOUGLAS (NYBN 2099372)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7200 |
| 7 | Facsimile: (415) 436-7234<br>E-Mail: deborah.r.douglas@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>XIU JING YE and<br>KAN WEN CHONG,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | CR 10-00565-8 CRB<br>CR 10-00565-9 CRB<br><br>NOTICE DISMISSING COUNT ONE OF THE SUPERSEDING INDICTMENT AS TO DEFENDANTS XIU JING YE AND KAN WEN CHONG |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses, without prejudice, Count One of the Superseding Indictment charging Conspiracy to Traffic in Counterfeit Goods, in violation of 18 U.S.C. §§ 371 and 2320(a), as related to defendants Xiu Jing Ye and Kan Wen Chong only.

//

//

//

//

*United States v. Xiu Jing Ye and Kan Wen Chong*, CR 10-00565 CRB
Notice Dismissing Count One Against Xiu Jing Ye and Kan Wen Chong

DATED: January 12, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

*Philip A. Guentert FOR*
DAVID R. CALLAWAY
Chief, Criminal Division

Leave is granted to the government to dismiss Count One of the Superseding Indictment as to defendants Xiu Jing Ye and Kan Wen Chong.

DATED: January 16, 2015

_____
HON. CHARLES R. BREYER
United States District Judge

*United States v. Xiu Jing Ye and Kan Wen Chong*, CR 10-00565 CRB
Notice Dismissing Count One Against Xiu Jing Ye and Kan Wen Chong