BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
E-Mail: Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 10-0565 CRB |
| | ) |
|     Plaintiff, | ) STIPULATION AND ORDER |
| | ) REQUESTING A CHANGE OF PLEA HEARING |
|   v. | ) |
| | ) |
| XIU JING YE, | ) |
| | ) SAN FRANCISCO VENUE |
| | ) |
|     Defendant. | ) |
| | ) |
| _____ | ) |

       The parties respectfully request that a change of plea hearing be scheduled for Tuesday, January 24, 2017 at 2:00 p.m.   The hearing the parties will request that the trial, scheduled for March 6, 2017, be vacated.

SO STIPULATED:

DATED: December 1, 2016                 BRIAN J. STRETCH
                                United States Attorney

                               /s/
                               SUSAN KNIGHT
                               Assistant United States Attorney

1   DATED: December 1, 2016

2                                                    /s/
                                                     ALAN A. DRESSLER
3                                                    Counsel for Ms. Ye

4

5                                     **ORDER**

6          Accordingly, for good cause shown, the Court HEREBY ORDERS that a change of plea hearing

7   be scheduled for January 24, 2017 at 2:00 p.m.

8   SO ORDERED.

9   DATED: 3411 1238

10                                                   HON. CHARLES R. BREYER
                                                     United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
CR 10-0565 CRB